IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
EL DORADO DIVISION

DOUGLAS ROCKETT                                                                    PLAINTIFF

VS.                                        CASE NO. 07-CV-1097

PILGRIM'S PRIDE                                                                    DEFENDANT

## ORDER OF DISMISSAL

Before the Court is a Stipulation of Dismissal with Prejudice filed on behalf of all parties in the above styled and numbered case. (Doc. No. 16). The parties request that the Court enter a order dismissing this action with prejudice. Upon consideration, the Court finds that the above styled and numbered case should be and hereby is **dismissed with prejudice**.

IT IS SO ORDERED, this 30th day of September, 2008.

                                                      /s/Harry F. Barnes
                                                     Hon. Harry F. Barnes
                                                     United States District Judge